UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                        Plaintiff,                    **MEMORANDUM ORDER**

    - v -

                                                            CV-12-6159 (DLI)(VVP)

BENJAMIN M. CHANG, et al.,

                        Defendants.
------------------------------------------------------------x

       In accordance with the court's directive entered on April 4, 2014 during the hearing at which the plaintiff's motion for sanctions was granted, the plaintiffs' counsel have submitted an affidavit detailing the time spent in connection with their efforts to obtain the discovery that was the subject of their motion to compel, as well as the hourly rates at which their client was charged for their services. The defendants have submitted no opposition and their time for doing so has expired.

       Upon review, I find that some of the hours spent by counsel in making the motion were excessive, and that the hourly rates are greater than those customarily charged in this district. Accordingly I have made some reductions. Set forth below are my conclusions as to the reasonable fees for which the defendants Benjamin M. Chang. M.D. and Liberty Physical Medicine & Rehabilitation, P.C. and their counsel are jointly liable:

|  | Hours | Rate | Total |
|---|---|---|---|
| Jared Heck, Esq. | 8 | $250 | $2,000.00 |
| Michael Rosensaft, Esq. | 3 | $400 | $1,200.00 |
| Mark Dykstra, paralegal | 1 | $100 | $100.00 |

Based on the foregoing, the plaintiff is entitled to recover their reasonable attorneys fees in the total amount of $3,300.  The above defendants and their counsel are jointly liable to make payment in that amount, and they are hereby ordered to do so on or before May 8, 2014.

SO ORDERED:

*Viktor V. Pohorelsky*
VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:    Brooklyn, New York
          April 24, 2014